

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-18-00084-CR
_____

KYLE EUGENE POLLARD, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Delta County, Texas
Trial Court No. 7221

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

Appellant Kyle Eugene Pollard filed a notice of appeal from the trial court's judgment revoking his community supervision and sentencing him to twenty years' imprisonment. Pollard also filed a motion for new trial in the trial court, which the trial court subsequently granted.

When the trial court grants a motion for new trial, it restores the case to its position before the former trial. TEX. R. APP. P. 21.9(b). Because there is no judgment from which Pollard can appeal, we have no jurisdiction to consider this appeal. *See Waller v. State*, 931 S.W.2d 640, 640–44 (Tex. App.—Dallas 1996, no pet.). Recognizing that fact, Pollard has filed a motion to dismiss the appeal.

Pollard's motion to dismiss is granted, and we dismiss this appeal for want of jurisdiction.


Ralph K. Burgess
Justice

Date Submitted: July 2, 2018
Date Decided: July 3, 2018

Do Not Publish